

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00391-CV

**PHILLIPS MOTORS CO.** a/k/a Phillips Motors Company (Mansour Mansour),
Appellant

v.

**MILLION AUTO PARTS**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 2019CV00722
Honorable Melissa Vara, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that costs of this appeal are taxed against the appellant.

SIGNED March 11, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice